**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER<br>MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

---------------------------------------------------------------X
---------------------------------------------------------------X

| | |
|---|---|
| XXXXX, | XX Civ. XXXX (AKH) |
|                 Plaintiff(s), | |
|     -against- | **INITIATING COMPLAINT** |
| XXXXX, | |
|                 Defendants. | |

---------------------------------------------------------------X

      Pursuant to Case Management Order No. __ ("CMO __") dated June __, 2007 by Hon. Alvin K. Hellerstein, U.S.D.J., in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), Plaintiff(s) hereby submit this Initiating Complaint against the above named Defendants and state:

    1.    Plaintiff _____ (XXXX) [← *last 4 digits of social security number*] currently resides at _____.

    2.    Plaintiff(s) have a claim for injury against the Defendants named above that would be encompassed within the scope of the *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    3.    Plaintiffs will file a fully complete Check-Off Complaint under this docket number within 30 days of the filing of this Initiating Complaint.

NOTICE TO CLERK OF COURT: Please accept this Initiating Complaint as an initial pleading pursuant to CMO __, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: \_\_\_\_\_ \_\_, 200X

        {law firm name}  
        Attorney(s) for  
        Plaintiff(s)_____

        By: _____ _____  
            {name}  
        {law firm address}  
        Telephone: _____

NOTICE TO CLERK OF COURT:  Please accept this Initiating Complaint as an initial pleading pursuant to CMO \_\_, dated _____, of Hon. Alvin K. Hellerstein in *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).